PROB 12A
(10/24)

RECEIVED
OCT 13 2026
EDWARD S. KIEL
U.S. DISTRICT JUDGE

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Margiettu M. Kamu

Cr.: 23-00562-001
PACTS #: 6620431

Name of Sentencing Judicial Officer: THE HONORABLE NOEL L. HILLMAN
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/21/2023

Original Offense: Count One: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 [18 U.S.C. § 1344]; a Class B felony

Original Sentence: 351 Days imprisonment, 3 years supervised release

Special Conditions: Special Assessment Fee, Alcohol/Drug Testing and Treatment, Immigration and Customs Enforcement Compliance, Financial Disclosure, Mental Health Treatment, New Debt Restrictions, Restitution, and Motor Vehicle Compliance

Type of Supervision: Supervised Release Date Supervision Commenced:12/21/2023

### STATUS UPDATE

On December 21, 2023, Ms. Kamu was sentenced by The Honorable Noel L. Hillman, Senior United States District Judge, to 351 days imprisonment and a three-year term of supervised release. In addition to the special conditions noted above, Ms. Kamu was ordered to pay $43,187.41 in restitution, at the rate of $100 per month and a $100 special assessment fee.

Supervision commenced in the Eastern District of Pennsylvania on December 21, 2023, and is scheduled to terminate on December 21, 2026. Ms. Kamu has paid $810.40 toward restitution, leaving a balance of $42,476.92. The special assessment has been paid in full. She has been directed several times to provide current financial documentation to her officer but has not complied.

According to her supervising officer, when Ms. Kamu began supervision she resided with her boyfriend in a small apartment in Darby, Pennsylvania. This relationship was unhealthy for Ms. Kamu, and she was the victim of domestic violence on more than one occasion. She was provided with information about local shelters and programs that could provide assistance, but she remained in the relationship and at the home until April 2026. Her employment as a home health aide was sporadic during this time and her income was used for the rent and utilities. During this volatile relationship, her officer would encourage Ms. Kamu to seek therapy and to be open with her family about the abuse she was suffering from. Eventuall,y Ms. Kamu was able to arrange mental health treatment for her anxiety and panic attacks with a therapist from American Treatment Network via Zoom. After she began therapy, Ms. Kamu was able to share her situation with her family and in April 2026, she left the relationship and the home and moved into a small basement apartment owned by her uncle. Ms. Kamu is currently searching for a home health aide position. During supervision Ms. Kamu submitted a drug test that was positive for marijuana in June 2025. All other drug tests were negative. Furthermore, should her term of supervision expire as scheduled, her case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for collection.

U.S. Probation Officer Action:

It is respectfully requested that Your Honor take no further action and allow Ms. Kamu's term of supervision to expire as scheduled on December 20, 2026.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By: BETHANY CREDE
Senior U.S. Probation Officer

/ bc

APPROVED:

10/13/26

ANTHONY M. STEVENS Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

- [X] No Formal Court Action to be Taken at This Time – Supervision to expire as scheduled on 12/20/2026
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

*/s/ Edward S. Kiel*
United States District Judge

October 13, 2026
Date